UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVIN MILLER, *pro se,*

    Plaintiff,

v.                                        Case No:  8:11-CV-2755-T-30TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #5).  The Court notes that neither party filed written objections to the Report and Recommendation and that the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED that:**

1. The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Alvin Miller's Motion for Leave to Proceed *In Forma Pauperis* (Dkt.#2) is hereby DENIED.

3. This case is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(i),(ii).

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2755.adopt 5.wpd